UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

HECTOR CARATTINI,

        Defendant.

**REASONABLE FORCE ORDER**

15-MJ-1106-JJM

---

      Defendant Hector Carattini is charged in a complaint with various offenses. Today he refused to exit his cell to appear for his detention hearing/attorney appearance. Therefore, an arrest warrant (attached) has been issued for him. Defendant Carattini is scheduled to appear on Tuesday, October 20, 2015 at 10:00 a.m. before me.

      "The law is clearly established that officers may use reasonable force to effectuate an arrest." Keene v. Schneider, 350 Fed. Appx. 595, 597 (2d Cir. 2009) (Summary Order). Therefore, it is hereby

      **ORDERED**, that given defendant Carattini's refusal to exit his cell and appear for the detention hearing/attorney appearance, the United States Marshal Service, and any necessary jail personnel, are authorized to use force reasonably necessary to produce the defendant Carattini for the scheduled detention hearing/attorney appearance.

DATED: October 15, 2015.

                                                       _/s/ Jeremiah J. McCarthy_
                                                       JEREMIAH J. McCARTHY
                                                     United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
### Western District of New York

United States of America

v.

Hector Carattini a/k/a Lagrima

*Defendant*

Case No. 15-M-1106

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Hector Carattini a/k/a Lagrima**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly, willfully and unlawfully combine, conspire and agree together and with others known and unknown to possess with intent to distribute and to distribute 100 grams or more of mixtures and substances containing heroin, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(B) and knowingly, intentionally and unlawfully possess with intent to distribute and to distribute mixtures and substances containing heroin, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

Date: 10/15/15

*Issuing officer's signature*

City and State: Buffalo, New York

JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____,
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*