UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HECTOR CARATTINI,

        Defendant.

DEFENDANT CARATTINI'S STATEMENT WITH RESPECT TO SENTENCING FACTORS

15-cr-239 A

---

I.    Introduction:

Defendant Hector Carattini submits his Statement With Respect to Sentencing Factors regarding the draft Presentence Investigation Report (dated August 30, 2017) (the "PSR"), in advance of his October 16, 2017 sentencing.

II.    No objections to the PSR:

Mr. Carattini has no objections to the PSR.

III.    Conclusion and Sentence Request:

Mr. Carattini requests that the Court impose a sentence at the low end of the Guideline range as determined by the Court and confer credit for time served on relevant conduct charges. PSR ¶ 116.

Dated: September 18, 2017

/s/Barry J. Donohue
Barry J. Donohue
Attorney for defendant
77 Broad Street
Tonawanda, New York 14150
(716) 693-0359
e-mail: barry@donohuelaw.com

UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,        CERTIFICATE OF SERVICE

v.

HECTOR CARATTINI,        15-cr-239 A

        Defendant.

    The undersigned certifies that I am attorney for the defendant in the above matter and am of such age to serve papers.

    On September 19, 2017 I served a copy of the attached STATEMENT by electronic service via CM/ECF:

    ADDRESSEE:

Meghan A. Tokash
Assistant United States Attorney
Western District of New York
138 Delaware Ave., Federal Ctre.
Buffalo, New York 14202
meghan.tokash@usdoj.gov

    On September 19, 2017 I served a copy of the attached STATEMENT by: (x ) First Class

United States Mail; (  ) hand delivery; (  ) electronic mail; or, (  ) facsimile:

    ADDRESSEE:

    Lisa Ferraro, US Probation Officer
    2 Niagara Square
    US Courthouse
    Buffalo, New York 14202


Dated:   September 19, 2017         /s/Barry J. Donohue
                                                                Barry J. Donohue
                                                                Attorney for defendant
                                                                77 Broad Street
                                                                Tonawanda, New York 14150
                                                                (716) 693-0359
                                                                e-mail:  barry@donohuelaw.com