AO 245D  (Rev. 11/16) Judgment in a Criminal Case for Revocations  
Sheet 1                                                                                                       GVD/jad (1808072)

# UNITED STATES DISTRICT COURT

Western District Of New York

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |

Hector Carattini

Case Number:   1:15CR00239-001  
USM Number:   24428-055  

Barry Donohue  
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of charges(s) _____#2_____ of the term of supervision.

☐ was found in violation of charges(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #2 | Failure to Report to the Probation Office as Directed | 04/07/2021 |

The defendant is sentenced as provided in pages 1 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated charge(s) ___#1___ and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 14, 2021  
Date of Imposition of Judgment

*/s/ Richard J. Arcara*  
Signature of Judge

Richard J. Arcara, Senior U.S. District Judge  
Name and Title of Judge

Dec. 21, 2021  
Date

[SEAL: UNITED STATES DISTRICT COURT FILED DEC 22 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

AO 245D   (Rev. 11/16) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

GVD/jad(1808072)

Judgment — Page  2  of  2

DEFENDANT:      Hector Carattini
CASE NUMBER:    1:15CR00239-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Nine (9) months.

The cost of incarceration fee is waived.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL